○450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

PROCESSED
DEC 2 2 2000

| | |
|---|---|
| MEDCOM HOLDING COMPANY | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 87 C 9853 |
| BAXTER TRAVENOL LABORATORIES | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for plaintiff Medcom Holding Company and against defendants Baxter Travenol Laboratories, Inc. and Medtrain, Inc. in the amount of $5,248,893.19, plus interest at the rate of 6.01 percent, to be compounded monthly.

Michael W. Dobbins, Clerk of Court

Date: 12/18/2000

Sonya Banks, Deputy Clerk